UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTOPHER LACCINOLE<br>    *Plaintiff,*<br>    *Counter-Defendant,*<br>v.<br><br>ROCKET MORTGAGE, LLC<br><br>    *Defendant,*<br>    *Counterclaimant.* | CIVIL ACTION<br><br>Case No. 1:21-cv-478-JJM-LDA |

## **JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Christopher Laccinole ("Plaintiff") and Defendant Rocket Mortgage, LLC ("Defendant") hereby stipulate and agree that Plaintiff is hereby dismissing all of his claims against Rocket Mortgage with prejudice, and that Defendant is hereby dismissing its counterclaim for fraud against Plaintiff with prejudice, and with each party waiving his or its rights of appeal and agreeing to bear his or its own attorneys' fees and costs.

Date: March 1, 2023

Respectfully submitted,

ROCKET MORTGAGE, LLC

By its attorneys,

/s/ *W. Kyle Tayman*
W. Kyle Tayman (*pro hac vice*)
Christina L. Hennecken (*pro hac vice*)
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Tel.:   202.346.4000
Fax:   202.346.4444
ktayman@goodwinlaw.com

*chennecken@goodwinlaw.com*

Harris K. Weiner
**HARRIS K. WEINER LAW**
197 Taunton Avenue
East Providence, RI 02914
Tel.:    401-437-4450
Fax.:    401-438-1630
*harris@hkweinerlaw.com*


**CHRISTOPHER LACCINOLE**,
By and through his Attorneys,

*/s/ Vincent A. Indeglia*
Vincent A. Indeglia, Esq. (#4140)
INDEGLIA LUTRARIO
Attorneys at Law
300 Centerville Road
Summit East, Suite 320
Warwick, RI 02886
Tel.: (401) 886-9240
Fax: (401) 886-9241
Email: vincent@indeglialaw.com

Max S. Morgan, Esq.*
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel.: (267) 587-6240
Fax.: (215) 689-0875
Email: max.morgan@theweitzfirm.com
*admitted pro hac vice